**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Michael K. Brown** (*admitted pro hac vice*)
mkbrown@reedsmith.com
**Marilyn A. Moberg** (*admitted pro hac vice*)
mmoberg@reedsmith.com
**Eric J. Buhr** (*admitted pro hac vice*)
ebuhr@reedsmith.com
**Daniel C. Kirby** (*admitted pro hac vice*)
dkirby@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant C.R. Bard, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BECKY SMITH and DONALD MACKIE,**<br><br>                Plaintiffs,<br><br>v.<br><br>**C.R. BARD, INC.,**<br><br>                Defendant. | Case No. 3:19-cv-01635-MO<br><br>AMENDED STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the parties have performed their respective terms and conditions under the settlement agreement and, that pursuant to their settlement agreement, this action shall be dismissed with prejudice, and with

PAGE 1 - AMENDED STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

each party bearing its own costs and attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDER AND ADJUDGED that the above-captioned matter is dismissed with prejudice and without costs or fees to any party.

DATED this 30 day of Dec. 2020.

HONORABLE MICHAEL W. MOSMAN
U.S. District Court Judge

IT IS SO STIPULATED:

DATED: December 23, 2020

DUNBAR LAW LLC

By: /s/ John J. Dunbar
    John J. Dunbar, OSB No. 842100
    Telephone: 503.222.9830

WAGSTAFF & CARTMELL LLP

By: /s/ Jeffrey Kuntz
    Jeffrey Kuntz (*admitted pro hac vice*)
    Lindsey Scarcello (*admitted pro hac vice*)
    Telephone: 816.701.1100

*Attorneys for Plaintiffs Becky Smith and Donald Mackie*

DATED: December 23, 2020

LANE POWELL PC

By: /s/ Pilar C. French
    Pilar C. French, OSB No. 962880
    Telephone: 503.778.2100

REED SMITH LLP

By: /s/ Michael Brown
    Michael Brown (*admitted pro hac vice*)
    Marilyn Moberg (*admitted pro hac vice*)
    Eric Buhr (*admitted pro hac vice*)
    Daniel C. Kirby (*admitted pro hac vice*)
    Telephone: 213.457.8000

*Attorneys for Defendant C.R. Bard, Inc.*

PAGE 2 - AMENDED STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE